83,771-01

Eric Joshua Mapes
502 E. 29th St.
Odessa,TX 79762
Phone: (432)889-8010
Email:mapes1979@gmail.com

Wednesday, September 2, 2015

Court of Criminal Appeals
Supreme Court Building
201 West 14th St., Room 106
Austin, TX 78701

RE: Cause # WR-83,771-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 09 2015

Abel Acosta, Clerk

To Whom it may concern or Honorable Judge of said Courts:

I'm sending this letter today to update how to contact me, due to the lack of non-mail delivery by my local post office. I don't get my mail half the time because of the post offices' negligence to deliver my mail, and this all is because of the appeal I'm trying to have my innocence heard on. My email address is **mapes1979@gmail.com.** Your offices may communicate with me through my email.

I'm also requested that my case is heard soon. I am mentally disabled and this is causing and has caused mental anguish and suffering that's still on going. Under 18 U.S. Code § 3173 - Sixth amendment rights it states, No provision of this chapter shall be interpreted as a bar to any claim of denial of speedy trial as required by amendment VI of the Constitution. I'm hoping my innocence is heard. Under my ADA rights I will seek relief for the damages I'm still suffering from the delay of a Fair and Fast Trial. The Fifth amendment has an explicit requirement that the federal government not deprive individuals of "life, liberty, or property," without due process of the law. See U.S. Const. amend. V. It also contains an implicit guarantee that each person receive equal protection of the laws. The Fourteenth Amendment explicitly prohibits states from violating an individual's rights to due process and equal protection. See U.S. Const. amend. XIV. Thank you so much for you time and consideration on this matter. It's greatly appreciated.

Respectfully,

Without Prejudice UCC 1.207 /1-308
Eric J. Mapes